UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIFENG DENG,<br><br>               Plaintiff,<br>   v.<br><br>UR JADDOU, Director of U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; and ANNE ARRIES CORSANO, Director of USCIS Seattle Field Office,<br><br>               Defendants. | CASE NO. 2:24-cv-01003-TL<br><br>ORDER TO SHOW CAUSE |

     This matter is before the Court *sua sponte*. On July 4, 2024, Plaintiff Zhifeng Deng filed a complaint against Defendants Ur Jaddou and Anne Arries Corsano of the United States Citizenship and Immigration Services and Secretary Alejandro Mayorkas of the United States Department of Homeland Security to compel action on an N-400 application for naturalization. *See* Dkt. No. 1 at 3.

ORDER TO SHOW CAUSE - 1

     Under Federal Rule of Civil Procedure 4(m), if a defendant is not properly served within 90 days after the complaint is filed, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." In addition, a plaintiff must follow Federal Rule of Civil Procedure 4(i) to complete proper service on the United States and its agencies, corporations, officers, or employees. Proof of proper service is due by no later than October 2, 2024.

     While the Court acknowledges that Plaintiff is proceeding *pro se* (without an attorney), all litigants are required to comply with Court and procedural rules. Here, Plaintiff filed an affidavit of mailing of summons and complaint to Defendants. Dkt. No. 5. However, proper service on an agency of the United States or one of its officers requires additional steps. *See* Fed. R. Civ. P. 4(i)(1). Moreover, Plaintiff did not include copies of the certified mail receipts or any other indication of what mailing addresses were used.

     Accordingly, Plaintiff is ORDERED to file proof of service or waiver, or to show cause why service has not been properly completed, **by August 30, 2024**.

     Dated this 31st day of July 2024.

Tana Lin
United States District Judge